| PROB 22-DC (Rev. 2/88) | **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Tran. Court)* 1:09CR00158-001 |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)* 21cr753 |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Andrew Warren | DISTRICT District of Columbia | | DIVISION U.S. Probation Office |
| | NAME OF SENTENCING JUDGE Ellen Segal Huvelle | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 01/14/2015 | TO 01/13/2025 |

**OFFENSE**

Ct. 1: Abusive Sexual Contact in the Special Maritime and Territorial Jurisdiction of the U.S., 18 USC §§ 2244(a)(1) and 7(9)

Ct. 2: Possession of a Firearm by Unlawful User of a Controlled Substance, 18 USC §§ 922(g)(3) and 924(a)(2)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

  IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the [Other District Name] upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.

12/6/2021
Date

*[signature]*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

  IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12/14/21
Effective Date

s/ Gabriel Gorenstein USMJ
United States District Judge

# JUDGE NATHAN