

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION DEPARTMENT

SD/NY P# 312048

**TO:** <u>Jim Molinelli</u>
Docket Clerk

**FROM:** <u>Darryl Spencer</u>
U.S. Probation Officer

Re: <u>Andrew Warren</u>
Dkt No.: 09CR158

Enclosed is a matter from the U.S. Probation Department requesting consideration and/or review by Your Honor. Please forward your response to the Clerk's Office so it can be docketed. Also, please forward a copy of your response to this office so that we may take appropriate action.

Respectfully submitted,

Michael J. Fitzpatrick
Chief U.S. Probation Officer

By:   *Darryl Spencer*

Darryl Spencer
U.S. Probation Officer
212-805-5117

Approved By:

*Shawnte Lorick*

Shawnte Lorick
Supervising U.S. Probation Officer
212-805-5118

DATE: December 13, 2021

Andrew Warren                                           2                                    312048 – DS
Docket Number: 09CR158

REQUEST FOR COURT ACTIONS / DIRECTION

| | | |
|---|---|---|
| TO: | Jim Molinelli<br>Docket Clerk | OFFENSE: Abusive Sexual Contact in the Special Maritime and Territorial Jurisdiction of the U.S., in Violation of 18 U.S.C. 2244(a)(1) and 7(9); and Possession of a Firearm by Unlawful User of a Controlled Substance, in Violation of 18 U.S.C. 922(g)(3) and 924(a)(2). |
| FROM: | Darryl Spencer<br>U.S. Probation Officer | ORIGINAL SENTENCE: Sixty-Five (65) Months' Imprisonment; One Hundred Twenty (120) Months' Supervised Release. |

21cr753

SPECIAL CONDITIONS:
    (1) Sex offender treatment.
    (2) Sex offender registration.
    (3) Residential and employment restrictions.
    (4) Search.
    (5) Alcohol restrictions.
    (6) Substance abuse treatment.
    (7) Mental health treatment.

$200.00 Assessment

| | | |
|---|---|---|
| RE: | Andrew Warren<br>Docket # 09CR158 | AUSA: To Be Assigned<br>Defense Counsel: To Be Assigned<br><br>MED: January 13, 2025 |

DATE OF SENTENCE: March 3, 2011

DATE: September 24, 2021

ATTACHMENTS:  ☐ PSI           ☒ JUDGMENT          ☐ PREVIOUS REPORTS

REQUEST FOR:   COURT DIRECTION

---

**REQUEST FOR TRANSFER OF JURISDICTION**

On March 3, 2011, the above-mentioned individual was sentenced as outlined above in the District of Columbia, by the Honorable Ellen Segal Huvelle, U.S. District Judge.

On December 13, 2021, we received a letter from the District of Columbia, advising that the court had signed the Transfer of Jurisdiction Probation Form 22 ordering Mr. Warren's transfer to the Southern District of New York. At this time, we are requesting that this case be assigned to a Judge in the Southern District of New York for acceptance of transfer of jurisdiction.

Andrew Warren                                         3                                    312048 – DS
Docket Number: 09CR158

Enclosed is the original form of the Transfer of Jurisdiction Probation Form 22. Upon completion, please return the Form 22 as it is required for both districts to complete the transfer.

Your assistance in this matter is greatly appreciated. Should you have any questions or concerns, please contact the undersigned officer.

                                                                            Respectfully submitted,
                                                                            Michael Fitzpatrick
                                                                            Chief U.S. Probation Officer

                                                              by    *Darryl Spencer*
                                                                            Darryl Spencer
                                                                            U.S. Probation Officer
                                                                            212-805-5117

Approved By:

*Shawnte Lorick*          December 13, 2021
Shawnte Lorick            Date
Supervisory U.S. Probation Officer

Andrew Warren 4 312048 – DS
Docket Number: 09CR158



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### PROBATION OFFICE

*JUDICIAL RESPONSE*

THE COURT ORDERS:

[ ]  Transfer of Jurisdiction to the Southern District of New York APPROVED

[ ]  Transfer of Jurisdiction to the Southern District of New York DENIED

[ ]  Other

_____
_____
_____
_____

_____
United States District Judge

_____
Date