UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x

UNITED STATES OF AMERICA,
                *Plaintiff,*

        v.                                   1:21-CR-0753 (AJN)

ANDREW WARREN,
                *Defendant.*

-----------------------------------------------------x

## **SUBMISSION OF EXHIBITS**

**List of Exhibits**

Exhibit A – Work and Character Reference Letters to the Court...............................I

Exhibit B – Clinical Treatment Documents..............................................................II

Exhibit C – Treatment and Individual Therapists' Letters to the Court.................III

Exhibit D – Ordinations, Certifications, Government Commendations.................IV

Exhibit E – Recovery of Excellence Award: PARC Bronx/Queens.........................V

Exhibit F – Letter from Psychiatrist.......................................................................VI

## <u>Exhibit A</u> – Work and Character Reference Letters to the Court

- **<u>Letter to the Court:</u>** Jessica Feliciano, Direct of Recovery Services, Samaritan Daytop Village Peer Alliance Recovery Centers

- **<u>Letter to the Court:</u>** Patricia Benecke, Assistant Director, Peer Alliance Recovery Center ("PARC"), Queens, NY



**PARC BRONX**
PEER
ALLIANCE
RECOVERY
CENTER
**Samaritan Daytop Village**

February 15, 2023

U.S. District Court for the Southern District of New York

To Whom It May Concern:

It is with great pleasure that I write this letter in support of Andrew Warren's request for early release from Probation.

I met Andrew in February 2022 when he was onboarded as a Recovery Coach Intern at PARC Queens after completing the Recovery Coach and Peer Ethics trainings. During his internship, Andrew has provided recovery support services to individuals seeking and/or in recovery; connected them to resources in the community; and collaborated with local agencies to provide wrap around services to our participants. Andrew has an innate ability to connect and engage with participants which is a valuable addition to the team.

Within a year, Andrew obtained certifications as a Certified Recovery Peer Advocate (CRPA); Certified Addiction Recovery Coach (CARC) and Veteran Supported; successfully completed residential treatment; and is living independently in the community. Andrew's unwavering commitment to his own recovery and professional growth is clearly evident each and every day.

Should you need any further information, please do not hesitate to contact me at 917.608.4963.

Sincerely,

*Y. Feliciano*

Jessica Feliciano
Director, Recovery Services
Samaritan Daytop Village Peer Alliance Recovery Centers (PARC)



December 29, 2022

To whom it may concern,

My name is Patricia Benecke, Assistant Director at the Peer Alliance Recovery Center (PARC). It is my pleasure to write to you a progress letter for Andrew Warren as he is an asset to our team.

Andrew has been on board as a Recovery Coach intern since February 17th, 2022, and has made great accomplishments. Andrew completed his 500 hours of internship, passed the exam to become a Certified Recovery Peer Advocate (CRPA), completed ongoing training to obtain Certified Addiction Recovery Coach (CARC) certification, as well as Veteran Supported Recovery (VSR) certification. After completion of these certifications, Andrew continues to intern three days a week at the PARC center by promoting our services, conducting outreach in the Community, facilitating a Peer-led workshop, and providing resources to individuals, and Veterans on a daily basis to help assist them in meeting their desired life goals.

Andrew has proven himself to be dependable, responsible, and humble with a solid foundation in Recovery. Andrew's dedication to his own personal Recovery process is admirable, and makes him an outstanding, resourceful team player.

Should you need any further information please feel free to contact me at the contact information listed below.

Best Regards,

**Patricia Benecke**
Assistant Director, PARC Queens
Peer Alliance Recovery Center (PARC) Queens
92-13 147th Place, Lower Level
Queens, NY 11435

DIR: (929) 244-1445 ext. 1882
Cell: (347) 572-8912

patricia.benecke@samaritanvillage.org

## <u>Exhibit B</u> – Clinical Treatment Documents

- **<u>Letter to the Court</u>** – Collin M. Reiff, M.D.; Medical Director and Clinical Psychologist, Steven A. Cohen Military Family Center

- **<u>Letter to the Court</u> –** Jenna Pape, LCSW Assist. Clinical Director, Ed Thompson Veterans Program, Samaritan Village

- **<u>Certificate of Completion</u> –** Ed Thompson Veterans Program

- **<u>End of Treatment Summary</u> –** LCSW Assist. Clinical Director, Ed Thompson Veterans Program, Samaritan Village



12/8/2021

To whom it may concern:

Mr. Andrew Warren, is currently enrolled in treatment at NYU's Military Family Center, and at Samaritan Daytop Village in Queens, NY. He has been enrolled in treatment at NYU since 3/29/2021. During this time he has completed Cognitive Processing Therapy for combat related PTSD, Cognitive Behavior Therapy for Substance Use Disorder and currently remains engaged in relapse prevention therapy. During his time at NYU's MFC, Mr. Warren has made tremendous progress in recovery. He recently completed Recovery Coach and Peer Advocate Training at The Peer Alliance Recovery Center, and recently received his Certified Recovery Peer Advocate Provisional Status.

In my opinion, Mr. Warren is an esteemed veteran who has fully embraced recovery and the treatment's offered to him at NYU. His engagement in treatment has led to a significant improvement in symptoms and has led to tremendous self-growth and self-actualization. On several occasions, I have spoken to him about his future goals, and he has repeatedly expressed a strong desire to help improve and prolong the lives of his brothers and sisters (citizens of the USA), who struggle with addiction. He appreciates that helping others is the highest calling, and it is something he hopes to devote the second half of his life to.

While Mr. Warren does have a "ding" on his record from 2010, it is my opinion that he has had adequate time to reflect on his past actions. Where others might see a man with a tarnished past, I see a man whose challenging past has positively shaped his character. In my opinion, Mr. Warren has endured his burning, and he is ready to bear light on all of those who cross his path in recovery. Mr. Warren's military experience coupled with his life experience makes him uniquely qualified to be an outstanding Recovery Coach and Peer Advocate.

Please feel free to contact me with any questions at 610-202-8559.

Sincerely,

Collin M. Reiff, MD
Medical Director, Clinical Psychiatrist
The Steven A. Cohen Military Family Center
Clinical Assistant Professor of Psychiatry
New York University Grossman School of Medicine
One Park Ave., 8th Floor, New York, NY 10016

01/03/2023

To whom it may concern,

Mr. Andrew Warren is currently working as a Recovery Coach in New York City. I know two clients who he has worked with and both clients report significant benefit from their work with him. He is dedicated to improving and prolonging the lives of individuals who struggle with substance use disorders.

Sincerely,

Collin M. Reiff, MD
Assistant clinical Professor of Psychiatry
New York University Grossman School of Medicine 503
Fifth Ave., Suite 804, New York, NY 10016
Tel: 610-202-8559



## Samaritan Daytop Village

WHERE GOOD LIVES™

718-206-2000

138-02 Queens Boulevard
Briarwood, NY 11435

samaritanvillage.org

January 31, 2023

Dear Honorable Judge:

Mr. Andrew Warren entered treatment with Samaritan Daytop Village, Ed Thompson Veterans Program on March 29, 2021. During approximately 22 months I have had the ability to observe his treatment process and healing journey. Throughout this time, Mr. Warren has demonstrated strong determination and commitment to heal from substance use disorder. He has exercised vulnerability and bravery to also address contributing factors to his use.

Mr. Warren has made excellent use of the programming offered here at ETVC. He has exhibited an open mind to incorporating holistic services, as in addition to group and individual therapy, into his recovery plan. This includes, but is not limited to, psychotherapy twice weekly, group psychotherapy, yoga, Transcendental Meditation (TM), Acting Class (drama therapy), and 12 step support meetings. Mr. Warren has also obtained a Sponsor he continues to develop a supportive relationship with. The extent to which Mr. Warren has gone to involve each of these supportive activities and participate regularly and consistently is evidence of how serious he considers his recovery to be. Mr. Warren attends all groups, arrives on time and prepared, indicating a high level of commitment to his treatment process.

Mr. Warren exemplifies the characteristics of a leader in our community, he leads by example and with compassion and care for others. He is the first to volunteer and execute tasks with accuracy and thoughtfulness. Mr. Warren regularly demonstrates his investment in his community and the individuals he comes in contact with. His peers describe him as consistent, reliable, and always willing to assist. Mr. Warren has developed a comprehensive after care and relapse prevention plan to assist him in maintaining his recovery in the greater community.

Sincerely,

Jenna Pape, LCSW
Assistant Director, Clinical Services
Samaritan Village
WHERE GOOD LIVES™

Ed Thompson Veterans Program
130-15 89th Road
Richmond Hill, NY 11418

**DIR:** (718) 849-3582 ext 8882
**F:** (718) 441-8916

# SAMARITAN VILLAGE

## ED THOMPSON VETERANS PROGRAM

### "THE HOOTCH"

*Proudly Awards This Certificate*

*In Recognition of Completion of Residential Treatment to*

# Andrew Warren

## January 31, 2023

## "Camaraderie  –  Courage  –  Commitment"

*Jenna Pape, LCSW*

*Assistant Director, Clinical Services*



## Samaritan Daytop Village

WHERE GOOD LIVES™

718-206-2000

138-02 Queens Boulevard
Briarwood, NY 11435

samaritanvillage.org

December 13th, 2022

Dear Officer Spencer:

Mr. Andrew Warren has maintained his recovery since the date of last report October 2022. Andrew has since exercised the autonomy of a resident in Re Entry phase of treatment practicing effective relapse prevention skill sets. Since the last report, Andrew has attended an overnight pass to visit his parents in Virginia during which he remained in contact with the facility and executed his safety plan. Andrew has maintained his Recovery Coach internship with Samaritan Daytop Village (SDV) Peer Alliance Recovery Center (PARC) three days a week. In addition, Andrew continues to build his caseload of private clients he provides Recovery Coach services for, under the supervision of Dr. Collin Reiff.

Andrew continues to attend AA weekly and has added an additional Sunday evening meeting. Andrew has upheld his commitment to his supplementary activities such as rowing class with Row NY and has added an additional practice to Saturday mornings. As well as his participation in the Outside/In Acting class every Sunday with the Stella Adler studio.

Andrew attends all groups, arrives on time and prepared, indicating a high level of commitment to his treatment process. He continues to serve our community as our Senior Coordinator, overseeing and supervising the Therapeutic Community structure. Andrew has an impending competed date of 1/31/2023, returning to his previous address ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Leading up to completion, Andrew will be building a comprehensive discharge plan and has requested to return to ETVC two days a week as a volunteer Recovery Coach.

Sincerely,

*Jenna Pape*

**Jenna Pape, LCSW**
**Assistant Director, Clinical Services**
**Samaritan Village**
**WHERE GOOD LIVES™**

Ed Thompson Veterans Program
130-15 89th Road
Richmond Hill, NY 11418

**DIR:** (718) 849-3582 ext 2722
jenna.pape@samaritanvillage.org

## <u>Exhibit C</u> – Treatment and Individual Therapists' Letters to the Court

- **<u>Letter from Michael Hamm;</u>** Licensed Clinical Social Worker (LCSW-R).

- **<u>Letter to the Court from Mark Gagnon;</u>** LCSW-R, Independent Clinical Alcohol and Drug Counselor (ICADC).



# THE MINDHEALER, INC

## MICHAEL HAM, LCSW-R

PHONE: (808) 895-1584

FAX: (551) 202-7494

March 8, 2023

To Whom It May Concern,

The purpose of this letter is to outline the progress in treatment of Andrew Warren. Mr. Warren began court-ordered Sex Offender therapy on 2/18/15. Treatment consists of weekly individual sessions along with polygraph testing twice annually. Overall, Mr. Warren has maintained excellent attendance. Although Mr. Warren was rather wary of treatment at the start of supervision, he seems to have developed an alliance and thus able to benefit greatly.

Progress in Sex Offender treatment can be seen in a number of areas. One area identifies if the client identifies repetitive patterns of destructive or harmful behaviors and consistently interrupts these patterns even in stressful situations. Mr. Warren has made significant advances with having a clear understanding of his offense as well as his addiction. Since on supervision, he sought extensive treatment to address his addiction. Mr. Warren appears to be quite motivated to not replicate these past destructive patterns he engaged in.

Another area of progress is the client demonstrates a clear understanding of red flags associated with both sexual and non-sexual behavior. Mr. Warren has been able to identify his specific high-risk thoughts, high-risk emotions, high-risk environments, high-risk behaviors and high-risk physical sensations. Mr. Warren is mindful that when these occur, specific strategies must be implemented to thus minimize the risk of re-offending or engaging in antisocial behaviors. Over time, Mr. Warren seems have increased his awareness and importance of high-risk factors and is able to identify them as they occur in daily life rather than wait to have others point them out.

Another factor of progress is the client consistently uses techniques discussed in treatment to deal with red flags as well as inappropriate sexual thoughts/fantasies/behaviors, and voluntarily alerts therapist when these techniques are not effective. Mr. Warren has a greater sense of the negative impact on sexualizing others and is now able to successfully curtail this behavior. Mr. Warren effectively uses therapy to bring situations up as they occur and "nipping them in the bud."

Another indicator of progress is the client initiates and accepts feedback and utilizes this feedback to effect change. Mr. Warren seems to be eager to hear another perspective from his own. Mr. Warren seems to see now view feedback as an opportunity to grow, and develop healthy, prosocial coping strategies. Mr. Warren readily engages in the self-examination of thoughts, feelings and behaviors.

Progress has also been seen when the client involves significant others in the therapeutic process. Mr. Warren has been motivated to involve his immediate family in treatment. Mr. Warren readily shares his schedule with family members and eagerly shares what he has learned to increase the likelihood of success in the community. Mr. Warren is keenly

aware of the significant negative impact he has had on all of his family----from his offense to his struggles with addiction. Mr. Warren seems to have successfully channeled this guilt to motivation to not cause additional harm to them.

Another factor of progress is seen when a client consistently follows through on strategies discussed in treatment to achieve goals. Mr. Warren has identified high-risk factors, keeps them accessible along with strategies to intervene if necessary. Mr. Warren takes a vigilant stance in the community so that these factors are immediately addressed thus reducing the risk of re-offending or putting his sobriety in jeopardy.

Mr. Warren seems to have made great strides while in treatment. As mentioned, he admits to being wary of treatment at the start of supervision. Mr. Warren was cautious about disclosing very personal and private matters. However, he has come to realize that withholding important information often leads to self-destructive and harmful behaviors. Mr. Warren seems to realize that therapy is a collaborative effort, with his best interest in mind. This has led to greater self-disclosure thus working through more difficult issues in sessions. Mr. Warren has developed greater self-acceptance which has led to significant strides not only in treatment but in the community.

Sincerely,

Michael Ham, LCSW-R

**Mark Gagnon, LCSW, ICADC**
*Individual, Family and Couples Counselling*

P.O. Box 612
Saratoga Springs, NY, 12866
518-321-5592
markjgagnon@gmail.com

02/06/2023

Regarding Andrew Warren DOB( 11/30/1967)

Dear Andrew,

This letter is written at your request to verify and provide context for our weekly psychotherapy sessions which began on 10/14/2021.   You were at that time living full time in a residential program focused on substance abuse treatment and recovery.   I want to share how much of a pleasure it has been to work with you.   You have been highly engaged in your therapy and attend all sessions as scheduled regularly.

I find you to be insightful, greatly focused on recovery and on making a healthy path for your future. You have shared that you have advanced your career in the field of addiction treatment. You are attending 12 step meetings daily, volunteering in recovery focused programing and well engaged in a recovery community. I have seen first hard how focused you are and committed to a substance free life.  In our work you have made considerable progress in better understanding and managing your emotions.  We have focused on skills to support recovery, optimal mental health and continue to meet weekly.

I see a strong potential for continued success due to your motivation and dedication to your recovery.  It has been and continues to be my pleasure to support you.   I look forward to our continued relationship.

Sincerely,

Mark Gagnon, LCSW-R, LICSW, LADC

**Mark Gagnon, MSW, LICSW, LADC, LCSW-R**

New York Licensed Clinical Social Worker (LCSW-R), Vermont Licensed Independent Clinical Social Worker (LICSW), Vermont Licensed Alcohol and Drug Counselor (LADC), Florida Licensed Clinical Social Worker (LCSW)- Telehealth Provider

www.markjgagnon.wix.com/markjgagnon

**<u>Exhibit D</u> –  Ordinations, Certifications, Government Commendations**

- **Certificate to Perform Marriage (Officiant): Commonwealth of Virginia**

- **Certificate of Marriage Officiant: State of New York**

- **Certificate of Ordination: Samaritans Outreach Ministry**

- **New York Certification: Recovery Peer Advocate**

- **New York Certification: Veteran Supported Recovery Professional**

- **New York Certification: Addiction Recovery Coach**

- **Federal Bureau of Investigations Cooperation Award**

- **U.S. Central Intelligence Exceptional Performance Award**

# Certificate to Perform Marriage



## COMMONWEALTH OF VIRGINIA,

In the Clerk's Office of the Circuit Court of the City of Norfolk:

**Andrew M. Warren,** having this day produced proof of his status as an ordained

Minister and a member in good standing with the Samaritan Outreach Ministry As

required by: Title20 (Sec.20-23) of the Code of Virginia of 1950, as amended, and having

taken and Subscribed the oath prescribed by law, it is ORDERED that the said Andrew

M. Warren be and he is hereby authorized to celebrate the rites of marriage in the

Commonwealth of Virginia

Given under my hand and seal of said Court,

in the City of Norfolk aforesaid, this the 21st

day of June 2017.

**GEORGE E. SCHAEFER, CLERK**

By: DC



M 0019553

THE CITY OF NEW YORK
OFFICE OF THE CITY CLERK

Certificate of Marriage Officiant Registration

ID Number

2195749

This is To Certify That   ANDREW  MARVIN  WARREN

residing at   164 W 141ST ST , NEW YORK , NY 10030

Was Registered

on   October 18, 2016

at   Office of The City Clerk, New York, NY

with the City Clerk to perform marriages in the City of New York, pursuant to Section 11-B of the
Domestic Relations Law.

Michael McSweeney
City Clerk of the City of New York

# Certificate of Ordination



ORDAINING COUNCIL

_Rev. Lewis Warren_
Moderator of Ordaining Council

_Bishop Anna Flatworth_
Clerk of Ordaining Council

_Dr. Elvira J. Phillips Sr._

_Elder WSDaw DW_

_Frank Brunell Jr._

_Elder John Collier_

_Elder Joy S White_

We, the undersigned, upon the recommendation and request of the _____ Samaritans Outreach Ministry _____ at _____ Norfolk, Virginia _____ which had full and sufficient opportunity for judging the God-given gifts, and after satisfactory examination by us in regard to the Christian experience, call to the ministry, and views of Bible doctrine, hereby certify that

_____ Rev. Andrew Marvin Warren _____

was solemnly and publicly set apart and ordained to the work of

## THE GOSPEL MINISTRY

by authority and order

of the _____ Rev Lewis M Warren Senior Pastor _____

at _____ Samaritans Outreach Ministry _____

on the _____ 17th _____ day of _____ May 2015 _____,

B8004JHXN   0314-070165b, Broadman Church Supplies, Nashville, Tennessee, Printed in USA, www.thecustomimagroup.com



# The New York Certification Board

*A project of ASAP of New York*

Has met the professional standards and competencies as set forth and is awarded the title of

## ANDREW WARREN

# Certified Recovery Peer Advocate

Effective Date: 07/29/2022

Expiration Date: 07/29/2025

Certificate Number: CRPA-5540

*Adrienne Brown*

Adrienne Brown
NYCB President



# The New York Certification Board

*A project of ASAP of New York*

## ANDREW WARREN

*Has met the professional standards and competencies as set forth and is awarded the title of*

## Veteran Supported Recovery Professional

**Effective Date:** 08/31/2022

**Expiration Date:** 08/31/2025

**Certificate Number:** VSR-5005

*Adrienne Brown*

Adrienne Brown
NYCB President



# The New York Certification Board

*A project of ASAP of New York*

*Has met the professional standards and competencies as set forth and is awarded the title of*

## ANDREW WARREN

# Certified Addiction Recovery Coach

Effective Date: _07/29/2022_

Expiration Date: _07/29/2025_

Certificate Number: _CARC-5216_

*Adrienne Brown*

Adrienne Brown
NYCB President

# U.S. Department of Justice

# Federal Bureau of Investigation

is proud to recognize

## Andrew Warren

of the Central Intelligence Agency

for your outstanding cooperation and assistance in connection with an investigation of great importance.  The FBI's ability to carry out its investigative responsibilities to the American people has been greatly enhanced through your help, and you can be very proud of your valuable contributions to the success achieved.

April 2003
Date

Robert S. Mueller, III
Director

The United States of America

**ANDREW WARREN**

is hereby recognized with the

# Exceptional Performance Award

for superior accomplishment and

valuable service to

the Central Intelligence Agency

Washington, D.C.

January 1998

George J. Tenet
Director of Central Intelligence

**<u>Exhibit E</u> – Recovery of Excellence Award: PARC Bronx/Queens**



# RECOVERY OF EXCELLENCE AWARD

*Presented to*

## Andrew Warren

## from PARC Bronx/Queens

Awarded on this __22nd__ day of __September 2022__

"In Reconnecting to my Recovery - I Am at Peace with my Past, I am in Love with my Present, and I am Excited About my Future"



# RECOVERY OF EXCELLENCE AWARD

*Presented to*

## Andrew Warren

## from Ed Thompson Veterans

Awarded on this **22nd** day of **September 2022**

"In Reconnecting to my Recovery - I Am at Peace with my Past, I am in Love with my Present, and I am Excited About my Future"

**<u>Exhibit F</u> – Letter from Psychiatrist**



12/8/2021

To whom it may concern:

Mr. Andrew Warren, is currently enrolled in treatment at NYU's Military Family Center, and at Samaritan Daytop Village in Queens, NY. He has been enrolled in treatment at NYU since 3/29/2021. During this time he has completed Cognitive Processing Therapy for combat related PTSD, Cognitive Behavior Therapy for Substance Use Disorder and currently remains engaged in relapse prevention therapy. During his time at NYU's MFC, Mr. Warren has made tremendous progress in recovery. He recently completed Recovery Coach and Peer Advocate Training at The Peer Alliance Recovery Center, and recently received his Certified Recovery Peer Advocate Provisional Status.

In my opinion, Mr. Warren is an esteemed veteran who has fully embraced recovery and the treatment's offered to him at NYU. His engagement in treatment has led to a significant improvement in symptoms and has led to tremendous self-growth and self-actualization. On several occasions, I have spoken to him about his future goals, and he has repeatedly expressed a strong desire to help improve and prolong the lives of his brothers and sisters (citizens of the USA), who struggle with addiction. He appreciates that helping others is the highest calling, and it is something he hopes to devote the second half of his life to.

While Mr. Warren does have a "ding" on his record from 2010, it is my opinion that he has had adequate time to reflect on his past actions. Where others might see a man with a tarnished past, I see a man whose challenging past has positively shaped his character. In my opinion, Mr. Warren has endured his burning, and he is ready to bear light on all of those who cross his path in recovery. Mr. Warren's military experience coupled with his life experience makes him uniquely qualified to be an outstanding Recovery Coach and Peer Advocate.

Please feel free to contact me with any questions at 610-202-8559.

Sincerely,

Collin M. Reiff, MD
Medical Director, Clinical Psychiatrist
The Steven A. Cohen Military Family Center
Clinical Assistant Professor of Psychiatry
New York University Grossman School of Medicine
One Park Ave., 8th Floor, New York, NY 10016

